KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted pro hac vice)
David R. Seligman (admitted pro hac vice)

KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Jeffrey S. Powell (admitted pro hac vice)
Ashley C. Parrish (admitted pro hac vice)

Counsel for the Debtors

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-60200 (BRL)<br>Jointly Administered |

**DEBTORS' ADDITIONAL DESIGNATION OF THE RECORD ON APPEAL FROM FINAL ORDERS OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Debtors by and through their counsel, Kirkland & Ellis LLP, hereby submit their additional designation of the record on appeal in connection with the Notice of Appeal filed by David Flair, Avram Ninyo, and Merle Root (collectively, "the Flair Appellants") (Docket No. 7507), and the Statement of Issues and Designation of the Record they have filed in the above-captioned proceedings (Docket No. 7546).

## **PROCEDURAL BACKGROUND**

This appeal is related to (1) the appeal filed on January 19, 2008 by Compania Internacional Financiera, S.A., Coudree Global Equities Fund, Standard Bank of London, and Leonardo Capital Fund SPC (collectively, the "Compania Appellants"); and (2) a separate appeal filed on January 28, 2008 by Elias A. Felluss ("Felluss Appellant"). All three appeals seek to challenge Bankruptcy Court orders and rulings relating to the Debtors' Sixth Amended Joint Plan of Reorganization, which was confirmed by the Bankruptcy Court on December 19, 2007, and has now gone effective.

On January 25, 2008, the Compania Appellants filed an emergency motion with this Court seeking to expedite their appeal and requesting a stay pending appeal. On January 31, 2008, the Flair Appellants filed a motion to consolidate the appeals and to join the Compania Appellants' emergency motion to expedite and request for a stay pending appeal.

The Compania Appellants' emergency motion and the Flair Appellants' motion to consolidate and for joinder were assigned to the Honorable Laura T. Swain, who held an on-the-record hearing on February 1, 2008. After a lengthy oral argument, Judge Swain announced her decision from the bench and entered an order ruling on the pending motions. (Copies of Judge Swain's order and ruling are attached as Exhibits A and B.) In her order, Judge Swain granted the motion to consolidate the related appeals, and granted the Flair Appellants' joinder request. Then, for reasons stated on the record, Judge Swain denied the emergency motion to expedite and request for a stay pending appeal.

## ADDITIONAL DESIGNATION OF THE RECORD ON APPEAL

In addition to the documents designated by the Flair Appellants for purposes of their appeal, the following are items to be included in the record on appeal. (Each of the documents identified herein includes all exhibits, schedules, addendums and other documents attached thereto.)

| ing Date | cket No. | Docket Text |
|---|---|---|
| 06/20/2007 | 5015 | Chapter 11 Plan of Calpine Corporation |
| 06/20/2007 | 5016 | Disclosure Statement of Calpine Corporation |
| 06/20/2007 | 5017 | Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the Debtors to (A) Enter Into Commitment Papers; (B) Pay Certain Fees and Expenses Relating Thereto; and (C) Enter Into an Amendment to the DIP Facility |
| 06/20/2007 | 5018 | Chapter 11 Plan/Supplement to Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code of Calpine Corporation |
| 07/02/2007 | 5162 | Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |

| | | |
|---|---|---|
| 07/03/2007 | 5185 | Affidavit of Service of Jade P. Hwa re: Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 07/06/2007 | 5210 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Amended Exhibit to Plan Supplement; and (2) Notice of Presentment of Stipulation and Agreed Order Resolving Claim Numbers 5920 and 5921 Filed by General Electric Capital Corporation and Claim Number 5922 Filed by GE VFS Financing Holdings Inc. |
| 07/11/2007 | 5243 | Order signed on 7/11/2007 Authorizing the Debtors to (A) Enter Into Commitment Papers; (B) Pay Certain Fees and Expenses Relating Thereto; and (C) Enter Into an Amendment to the DIP Facility |
| 07/20/2007 | 5365 | Affidavit of Service (Supplemental) of Marcedes L. Clanton for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 7/23/2007 | 5375 | Statement / Third Amended Verified Statement of Kramer Levin Naftalis & Frankel LLP Pursuant to Bankruptcy Rule 2019 |
| 07/30/2007 | 5458 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |

| | | |
|---|---|---|
| 07/30/2007 | 5460 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Adjournment of Hearing on the Debtors' Disclosure Statement and Solicitation Procedures; and (2) Amended Exhibit B to Notice of Motion for Entry of Settlement Agreement and Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Between the Debtors and Turlock Irrigation District |
| 08/08/2007 | 5571 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 08/15/2007 | 5626 | Affidavit of Service of Luis N. Valdivia for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 08/20/2007 | 5660 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 08/27/2007 | 5698 | *First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code .* |
| 08/27/2007 | 5703 | Amended Disclosure Statement (Blackline) of Calpine Corporation |

| | | |
|---|---|---|
| 08/28/2007 | 5718 | Affidavit of Service of Angela M. Lo for (1) Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Dated August 27, 2007; (2) Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Unites States Bankruptcy Code Dated August 27, 2007 (Blackline Version); (3) First Amended Disclosure Statement for Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (4) First Amended Disclosure Statement for Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Blackline Version); (5) Supplement to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (5) Supplement to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Table of Contents; and (6) Supplement Table of Contents to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Table of Contents (Blackline Version) |
| 08/30/2007 | 5744 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Supplement to Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (2) Second Notice of Adjournment of Hearing on the Debtors' Disclosure Statement and Solicitation Procedures |
| 09/10/2007 | 5827 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 09/12/2007 | 5858 | Chapter 11 Plan / Amended Exhibit 12 to Plan Supplement of Calpine Corporation |

| | | |
|---|---|---|
| 09/21/2007 | 6083 | Affidavit of Service of Luis N. Valdivia for (1) Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (2) Blackline of Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (3) Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (4) Blackline of Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 09/22/2007 | 6086 | Debtors' Omnibus Response In Support Of Motion For Order (A) Approving Disclosure Statement And (B) Approving The Solicitation Procedures And Form Of Solicitation Documents And Notices |
| 09/24/2007 | 6116 | Affidavit of Service of Luis N. Valdivia for (1) Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (2) Blackline of Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (3) Third Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (4) Blackline of Third Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 09/25/2007 | 6129 | Affidavit of Service of Luis N. Valdivia for Debtors' Omnibus Response in Support of Motion for Order (A) Approving Disclosure Statement and (B) Approving the Solicitation Procedures and Form of Solicitation Documents and Notices |
| 2007 | | Affidavit of Service of Luis N. Valdivia |
| 10/03/2007 | 6182 | Affidavit of Service Regarding Objection to Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Plan or Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |

| | | |
|---|---|---|
| 10/22/2007 | 6371 | Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non-Voting Packages on Holders of Public Securities |
| 10/24/2007 | 6407 | Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non- Voting Packages on Holders of Public Securities |
| 10/29/2007 | 6458 | **(THIS DOCUMENT IS BLOCKED FROM PUBLIC VIEW TO COMPLY WITH PRIVACY GUIDELINES)** Affidavit of Service (Supplemental) of Melissa Membrino for Solicitation Packages |
| 10/29/2007 | 6460 | Affidavit of Service of Luis N. Valdivia for Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non-Voting Packages on Holders of Public Securities |
| 10/30/2007 | 6467 | Transcript Of Hearing Held On October 24, 2007, Re: Notice Of Agenda Of Matters Scheduled For Hearing |
| 11/06/2007 | 6504 | Affidavit of Service (Amended) (Supplemental) of Melissa Membrino for Solicitation Packages for the Debtors' Fourth Amended Joint Plan of Reorganization |
| 11/06/2007 | 6505 | Affidavit of Service (Supplemental) of Marcedes L. Clanton for Solicitation Packages for the Debtors' Fourth Amended Joint Plan of Reorganization |
| 11/07/2007 | 6530 | Affidavit of Service (Supplemental) of Melissa Membrino re Solicitation Packages |
| 11/07/2007 | 6531 | Affidavit of Service (Supplemental) of Melissa Membrino re Solicitation Packages |
| 11/07/2007 | 6535 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Motion Seeking Approval of an Immaterial Modification to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes; and (2) Ex Parte Order Pursuant to Bankruptcy Rule 9006(c) and Local Rules 9006-1 and 9077-1, Setting Time, Date and Place for Hearing on the Motion Seeking Approval of an Immaterial Modification to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes |
| 11/20/2007 | 6647 | Notice of Filing of Summary of the Equity Committee's Valuation Analysis |

| | | |
|---|---|---|
| 2007 | | Notice of Hearing on Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 11/26/2007 | 6682 | Affidavit of Service/Publication of Marcus Edmonds in USA Today re Notice of Confirmation Hearing |
| 11/27/2007 | 6724 | Affidavit of Service of Luis N. Valdivia for Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Debtors Plan, and (II) Solicitation and Voting Procedures |
| 2007 | | Affidavit of Service of Luis N. Valdivia |
| 12/07/2007 | 6957 | Affidavit of Service / Publication of Tim Hart in Financial Times |
| 12/07/2007 | 6958 | Affidavit of Service / Publication of Gail Feagins in the Houston Chronicle |
| 12/07/2007 | 6959 | Affidavit of Service / Publication in the San Jose Mercury News |
| 12/07/2007 | 6960 | Affidavit of Service / Publication of Meagan Russell in The Globe and Mail |
| 12/07/2007 | 6961 | Affidavit of Service / Publication of Tiffany Cox in the Wall Street Journal |
| 12/13/2007 | 7036 | Memorandum of Law of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. in Support of Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 12/13/2007 | 7098 | Notice of Proposed Order/Proposed Findings of Fact, Conclusions of Law, and Order Confirming Fifth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| 01/12/2008 | 7391 | Affidavit of Service of Financial Balloting Group LLC of Notice of Confirmation on Holders of Public Securities |
| 2007 | | Affidavit of Service Jade P. Hwa |
| 01/31/2008 | 7551 | Statement /Notice of Occurrence of Effective Date of Debtors' Sixth Amended Joint Plan of Reorganization |

## ADDITIONAL DESIGNATIONS ON APPEAL OF NON-DOCKETED ITEMS

The following additional items, which have not yet been entered on the docket in the above-captioned cases, are also hereby designated and attached as exhibits hereto:

1. Certified Transcript of the October 12, 2007 hearing held before the district court (attached hereto as Exhibit C).

2. Certified Transcript of the December 19, 2007 confirmation hearing (attached hereto as Exhibit D).

3. Letter to Judge Burton R. Lifland from Debtors' Counsel regarding Compania Internacional Financiera, S.A., et al. request to reopen discovery in support of their Motion to Reconsider Confirmation Order and Second Modification Order dated January 4, 2008 (attached hereto as Exhibit E).

4. Letter to Judge Burton R. Lifland from Compania Internacional Financiera, S.A., et al. responding to Debtors' Counsel letter dated January 7, 2008 (attached hereto as Exhibit F).

5. Certified Transcript of the January 24, 2008 hearing concerning the Objection Shareholders' Motion for a Stay Pending Appeal (attached hereto as Exhibit G).

Dated: February 11, 2008
      New York, New York

Respectfully submitted,

  /s/ Jeffrey S. Powell

| | |
|---|---|
| Jeffrey S. Powell (admitted pro hac vice) | Richard M. Cieri (RC 6062) |
| Ashley C. Parrish (admitted pro hac vice) | Marc Kieselstein (admitted pro hac vice) |
| KIRKLAND & ELLIS LLP | David R. Seligman (admitted pro hac vice) |
| 655 Fifteenth Street, NW | KIRKLAND & ELLIS LLP |
| Washington, DC 20005 | 153 East 53rd Street |
| Telephone: (202) 879-5000 | New York, New York 10022-4611 |
| Facsimile: (202) 879-5200 | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |

*Counsel for the Debtors*