Michael S. Stamer (MS-4900)
David M. Zensky (DZ-5913)
Philip C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel to the Official Committee of Unsecured Creditors of
Calpine Corporation, et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CALPINE CORPORATION, ET AL., | Case No. 05-60200 (BRL) |
| | (Jointly Administered) |
| Debtors. | Civil Case No.08-01286 |

**APPELLEE CREDITORS' COMMITTEE'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Calpine Corporation, et al. (collectively, the "Debtors") submits, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, its designation of additional items to be included in the record on appeal in connection with the Notice of Appeal filed by David Flair, Avram Ninyo and Merle Root (collectively, the "Flair Appellants") and the Statement of Issues and Designation of the Record filed by the Flair Appellants in the above-captioned proceedings.

On January 19, 2008, Compania Internacional Financiera, S.A., Coudree Global Equities Fund, Standard Bank of London, and Leonardo Capital Fund SPC (collectively, the "Objecting Shareholders") filed an appeal of certain rulings and orders of the Bankruptcy Court with respect to the Debtors' Sixth Amended Joint Plan of Reorganization, which was confirmed on December 19, 2007. A separate appeal of the Bankruptcy Court's decisions was filed on January 28, 2008,

1

by Elias A. Felluss ("Felluss Appellant"). On January 31, 2008, the Flair Appellants filed a motion to consolidate the appeals and to join the Objecting Shareholders' emergency motions to expedite the appeal and for a stay pending appeal. Judge Laura T. Swain granted the Flair Appellants' motion to consolidate the appeals and approved the Flair Appellants' joinder request on February 1, 2008. After a hearing on the record, Judge Swain denied the motions to expedite the appeal and for a stay pending appeal. Although Judge Swain order the related appeals joined and consolidated, the Creditors' Committee is filing this Counter-Designation of the record on appeal out of an abundance of caution.

## Counter-Designation Of Additional Items
## To Be Included In The Record On Appeal[1]

**A.**  The following items from the docket are to be included in the Creditors' Committee's Counter-Designation of the record on appeal:

| Item # | Filing Date | Docket # | Docket Text |
|---|---|---|---|
| 1. | 06/20/2007 | 5015 | Chapter 11 Plan of Calpine Corporation |
| 2. | 06/20/2007 | 5016 | Disclosure Statement of Calpine Corporation |
| 3. | 06/20/2007 | 5017 | Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing the Debtors to (A) Enter Into Commitment Papers; (B) Pay Certain Fees and Expenses Relating Thereto; and (C) Enter Into an Amendment to the DIP Facility |
| 4. | 06/20/2007 | 5018 | Chapter 11 Plan /Supplement to Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code of Calpine Corporation |
| 5. | 07/02/2007 | 5162 | Debtors' Motion for Entry of an Order (A) Approving the |

---

[1] Each of the documents identified herein includes all exhibits, schedules, addendums and other documents attached thereto.

|   |   |   | Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
|---|---|---|---|
| 6. | 07/03/2007 | 5185 | Affidavit of Service of Jade P. Hwa re: Notice of Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 7. | 07/06/2007 | 5210 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Amended Exhibit to Plan Supplement; and (2) Notice of Presentment of Stipulation and Agreed Order Resolving Claim Numbers 5920 and 5921 Filed by General Electric Capital Corporation and Claim Number 5922 Filed by GE VFS Financing Holdings Inc. |
| 8. | 07/11/2007 | 5243 | Order signed on 7/11/2007 Authorizing the Debtors to (A) Enter Into Commitment Papers; (B) Pay Certain Fees and Expenses Relating Thereto; and (C) Enter Into an Amendment to the DIP Facility |
| 9. | 07/20/2007 | 5365 | Affidavit of Service (Supplemental) of Marcedes L. Clanton for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 10. | 07/30/2007 | 5458 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 11. | 07/30/2007 | 5460 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Adjournment of Hearing on the Debtors' Disclosure Statement and Solicitation Procedures; and (2) Amended Exhibit B to Notice of |

|     |            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| --- | ---------- | ---- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |            |      | Motion for Entry of Settlement Agreement and Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Between the Debtors and Turlock Irrigation District |
| 12. | 08/08/2007 | 5571 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 13. | 08/15/2007 | 5626 | Affidavit of Service of Luis N. Valdivia for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 14. | 08/20/2007 | 5660 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 15. | 08/27/2007 | 5703 | Amended Disclosure Statement (Blackline) of Calpine Corporation |
| 16. | 08/28/2007 | 5718 | Affidavit of Service of Angela M. Lo for (1) Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Dated August 27, 2007; (2) Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Unites States Bankruptcy Code Dated August 27, 2007 (Blackline Version); (3) First Amended Disclosure Statement for Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (4) First Amended Disclosure Statement for Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (Blackline Version); (5) Supplement to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (5) Supplement to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Table of Contents; and (6) |

|  |  |  | Supplement Table of Contents to Debtors First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code Table of Contents (Blackline Version) |
|---|---|---|---|
| 17. | 08/30/2007 | 5744 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Supplement to Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (2) Second Notice of Adjournment of Hearing on the Debtors' Disclosure Statement and Solicitation Procedures |
| 18. | 09/10/2007 | 5827 | Affidavit of Service (Supplemental) of Greg Barlage for Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 19. | 09/12/2007 | 5858 | Chapter 11 Plan /Amended Exhibit 12 to Plan Supplement of Calpine Corporation |
| 20. | 09/21/2007 | 6083 | Affidavit of Service of Luis N. Valdivia for (1) Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (2) Blackline of Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (3) Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (4) Blackline of Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 21. | 09/22/2007 | 6086 | Debtors' Omnibus Response In Support Of Motion For Order (A) Approving Disclosure Statement And (B) Approving The Solicitation Procedures And Form Of Solicitation Documents And Notices |
| 22. | 09/24/2007 | 6116 | Affidavit of Service of Luis N. Valdivia for (1) Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (2) Blackline of Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (3) Third Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States |

| | | | |
|---|---|---|---|
| | | | Bankruptcy Code; and (4) Blackline of Third Amended Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 23. | 09/25/2007 | 6129 | Affidavit of Service of Luis N. Valdivia for Debtors' Omnibus Response in Support of Motion for Order (A) Approving Disclosure Statement and (B) Approving the Solicitation Procedures and Form of Solicitation Documents and Notices |
| 24. | 10/02/2007 | 6176 | Affidavit of Service of Luis N. Valdivia for (1) Debtors Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (2) Fourth Amended Disclosure Statement for Debtors Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; and (3) Notice of Debtors' Motion for an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing and Approving: (I) the Assumption, on Amended Terms, of the Restructuring Agreement with Siemens Power Generation, Inc.; (II) the Rejection of Certain Contracts with Siemens Power Generation, Inc.; and (III) the Assumption of Certain Contracts with Siemens Power Generation, Inc. |
| 25. | 10/03/2007 | 6182 | Affidavit of Service Regarding Objection to Motion for Entry of an Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Plan or Reorganization; (C) Approving the Form of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto |
| 26. | 10/22/2007 | 6371 | Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non-Voting Packages on Holders of Public Securities |
| 27. | 10/24/2007 | 6407 | Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non- Voting Packages on Holders of Public Securities |
| 28. | 10/29/2007 | 6458 | **(THIS DOCUMENT IS BLOCKED FROM PUBLIC VIEW TO COMPLY WITH PRIVACY GUIDELINES)** Affidavit of Service (Supplemental) of Melissa Membrino for Solicitation Packages |

| | | | |
|---|---|---|---|
| 29. | 10/29/2007 | 6460 | Affidavit of Service of Luis N. Valdivia for Affidavit of Service of Financial Balloting Group LLC of Solicitation Packages and Non-Voting Packages on Holders of Public Securities |
| 30. | 10/30/2007 | 6467 | Transcript Of Hearing Held On October 24, 2007, Re: Notice Of Agenda Of Matters Scheduled For Hearing |
| 31. | 11/02/2007 | 6487 | Affidavit of Edward O. Sassower in Support of Debtors' Request for an Order Setting Date, Time and Place for Hearing on Motion Seeking Approval of an Immaterial Modification to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes |
| 32. | 11/06/2007 | 6504 | Affidavit of Service (Amended) (Supplemental) of Melissa Membrino for Solicitation Packages for the Debtors' Fourth Amended Joint Plan of Reorganization |
| 33. | 11/06/2007 | 6505 | Affidavit of Service (Supplemental) of Marcedes L. Clanton for Solicitation Packages for the Debtors' Fourth Amended Joint Plan of Reorganization |
| 34. | 11/07/2007 | 6530 | Affidavit of Service (Supplemental) of Melissa Membrino re Solicitation Packages |
| 35. | 11/07/2007 | 6531 | Affidavit of Service (Supplemental) of Melissa Membrino re Solicitation Packages |
| 36. | 11/07/2007 | 6535 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Motion Seeking Approval of an Immaterial Modification to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes; and (2) Ex Parte Order Pursuant to Bankruptcy Rule 9006(c) and Local Rules 9006-1 and 9077-1, Setting Time, Date and Place for Hearing on the Motion Seeking Approval of an Immaterial Modification to the Debtors' Joint Plan of Reorganization Without the Need for Further Solicitation of Votes |
| 37. | 11/20/2007 | 6647 | Notice of Filing of Summary of the Equity Committee's Valuation Analysis |
| 38. | 11/20/2007 | 6650 | Notice of Hearing on Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |

| | | | |
|---|---|---|---|
| 39. | 11/26/2007 | 6682 | Affidavit of Service /Publication of Marcus Edmonds in USA Today re Notice of Confirmation Hearing |
| 40. | 11/27/2007 | 6712 | Order signed on 11/27/2007 Appointing Energy Expert |
| 41. | 11/27/2007 | 6714 | Amended Order signed on 11/27/2007 Appointing Energy Expert |
| 42. | 11/27/2007 | 6724 | Affidavit of Service of Luis N. Valdivia for Notice of (I) Confirmation Hearing and Objection Deadline with Respect to the Debtors Plan, and (II) Solicitation and Voting Procedures |
| 43. | 11/27/2007 | 6727 | Affidavit of Service of Luis N. Valdivia for (1) Notice of Filing of Updated Valuation Analysis for Calpine Corporation, et al.; (2) Updated Valuation Analysis for Calpine Corporation, et al; (3) Notice of Hearing on Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (4) Notice of Filing of Amended Stipulation and Amended Order Resolving All Claims Asserted Against, by and on Behalf of the Holders of the First Lien Debt; (5) Debtors' Objection to 6% Convertible Noteholders' Motion Pursuant to 11 U.S.C. 105 and 1123 for Order (I) Requiring Establishment of Reserve for Certain Claims in Connection with Debtors' Fourth Amended Chapter 11 Plan or, in the Alternative, (II) Directing That Reserves Established for Other Claims be Made Available to Satisfy Certain of the Convertible Noteholders' Claims to Extent Such Other Claims are Resolved at Less Than Reserved Amounts |
| 44. | 12/07/2007 | 6957 | Affidavit of Service /Publication of Tim Hart in Financial Times |
| 45. | 12/07/2007 | 6958 | Affidavit of Service /Publication of Gail Feagins in the Houston Chronicle |
| 46. | 12/07/2007 | 6959 | Affidavit of Service /Publication in the San Jose Mercury News |
| 47. | 12/07/2007 | 6960 | Affidavit of Service /Publication of Meagan Russell in The Globe and Mail |
| 48. | 12/07/2007 | 6961 | Affidavit of Service /Publication of Tiffany Cox in the Wall Street Journal |
| 49. | 12/13/2007 | 7036 | Memorandum of Law of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. in Support of Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code |

| | | | |
|---|---|---|---|
| 50. | 12/13/2007 | 7098 | Notice of Proposed Order /Proposed Findings of Fact, Conclusions of Law, and Order Confirming Fifth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code |
| 51. | 12/19/2007 | 7230 | Affidavit of Service of Jade P. Hwa re: Documents Served on December 14, 2007 |
| 52. | 01/12/2008 | 7391 | Affidavit of Service of Financial Balloting Group LLC of Notice of Confirmation on Holders of Public Securities |
| 53. | 01/24/2008 | 7478 | Written Opinion/Memorandum Decision and Order signed on 1/24/2008 Denying Motion of Compania Internacional Financiera, S.A., Coudree Global Equities Fund, Standard Bank Of London and Leonardo Capital Fund SPC for a Limited Stay Pending Appeal of Confirmation Order and Plan Modification Order |
| 54. | 1/29/08 | 7519 | Transcript Of Hearing Held On January 15, 2008, Re: Notice Of Amended Agenda Of Matters Scheduled For Hearing |
| 55. | 01/31/2008 | 7551 | Statement /Notice of Occurrence of Effective Date of Debtors' Sixth Amended Joint Plan of Reorganization |

**B.**    The following non-docketed items are to be included in the Creditors' Committee's Counter-Designation of the record on appeal and are attached as exhibits hereto:

| | | |
|---|---|---|
| 1. | 10/12/2007 | Transcript of Hearing before Judge Leonard B. Sand in the District Court for the Southern District of New York (Official Committee of Equity Security Holders v. Calpine Corporation, et al., and Official Committee of Unsecured Creditors (attached hereto as Exhibit A) |
| 2. | 12/19/2007 | Transcript of Hearing before Judge Burton R. Lifland in the Bankruptcy Court for the Southern District of New York on December 19, 2007 (attached hereto as Exhibit B) |
| 3. | 01/4/2008 | Letter to Judge Burton R. Lifland from Debtors' Counsel regarding request by Compania Internacional Financiera, S.A., et al., to reopen discovery in support of their Motion to Reconsider Confirmation Order and Second Modification Order (attached hereto as Exhibit C) |
| 4. | 01/7/2008 | Letter to Judge Burton R. Lifland from Compania Internacional Financiera, S.A., et al., responding to Debtors' Counsel's letter dated January 7, 2008 (attached hereto as Exhibit D) |

| 5. | 1/24/2008 | Transcript of Hearing before Judge Burton R. Lifland in the Bankruptcy Court for the Southern District of New York on January 24, 2008 (attached hereto as Exhibit E) |
| --- | --- | --- |
| 6. | 2/1/2008 | District Court Order entered on February 1, 2008 denying Motion for Limited Stay and Expedited Appeal (attached hereto as Exhibit F) |

Dated: February 11, 2008
       New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:   /s/ Philip C. Dublin
      Michael S. Stamer (MS-4900)
      David M. Zensky (DZ-5913)
      Philip C. Dublin (PD-4919)
      Abid Qureshi (AQ-4882)
      590 Madison Avenue
      New York, New York 10022-2524
      (212) 872-1000 (Telephone)
      (212) 872-1002 (Facsimile)
      mstamer@akingump.com
      dzensky@akingump.com
      pdublin@akingump.com
      aqureshi@akingump.com

      Counsel to the Official Committee of Unsecured Creditors of Calpine Corporation, et al.