UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Compania Internacional Financiera, S.A,<br>Coudree Global Equities Fund,<br>Standard Bank of London, AND<br>Leonardo Capital Fund SPC, *ET AL.*,<br><br>      *Appellants,*<br>  v.<br><br>Calpine Corporation, *ET AL.*,<br><br>      *Debtors-Appellees* | Case No.: 08 CV 01286 (VM)<br><br>**CERTIFICATE OF SERVICE** |

  I, Robert Orren, the undersigned, certify under penalty of perjury, that on **March 28, 2008**, I caused a true and correct copy of the Opening Brief of Debtors-Appellees in Response to Appellants' Opening Briefs to be served via Federal Express upon:

Phillip Charles Dublin
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

Elias A. Felluss
71 Centershore Road
Centerport, NY 11721

Harry M. Gutfleish
Gordon, Hurwitz, Butowsky, Weitzen, Shalov & Wein
101 Park Avenue
New York, NY 10178

  and on **April 1, 2008** re-routed a copy via Federal Express upon:

Harry M. Gutfleish, Joseph M Cerra
Forman, Holt, Eliades, and Ravin LLC
888 7th Avenue
New York, NY 10106
212-707-8500

Dated: April 2, 2008

_____
Robert Orren